EAM

# AFFIDAVIT

I, Edwin A. Moore, being duly sworn, state as follows:

## I. Introduction

1. I am a Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with ICE since October 2011. Since April 2016, I have been assigned to the Homeland Security Investigations ("HSI"), Border Enforcement Security Task Force ("BEST"). I have received training and conducted investigations related to the enforcement of the laws and regulations related to the smuggling of goods, to include controlled substances, into and within the United States. The training and investigations have involved smugglers and smuggling organizations suspected of violating 8 U.S.C. § 1324, Alien smuggling, 18 U.S.C. § 545, import smuggling, 21 U.S.C. § 952, importation of controlled substances, and 21 U.S.C. §§ 841 and 846, possession with intent to distribute controlled substances and conspiracy to do the same. Prior to my assignment on the HSI BEST task force, I was assigned to the ICE Fugitive Operations team, in Memphis, TN. I have participated in investigations, searches and arrests of individuals involved in alien smuggling and the distribution of controlled substances. I have also debriefed individuals who have been involved in drug trafficking and have obtained information from other law enforcement officers and agents who have experience with these offenses.

2. HSI Office of the Assistant Special Agent in Charge, Memphis, TN is responsible for the Western District of Tennessee.

3. I submit the Affidavit based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal

knowledge of the facts herein. I have not included all the facts of this case in this affidavit, only those necessary to support the issuance of an arrest warrant.

## II. Probable Cause

4. This Affidavit is made in support of a Criminal Complaint seeking the issuance of an Arrest Warrant charging Marco SABILLON Urbina ("SABILLON") with a violation of Title 18 U.S.C. § 922(g)(5).

5. SABILLON is a citizen and national of Honduras. SABILLON entered the U.S. without inspection or permission from the Attorney General of the United States or Secretary of Homeland Security in November 1994. Record checks indicate that in June 1999 SABILLON applied for Temporary Protective Status (TPS) and was granted TPS in December 1999. SABILLON maintained TPS until January 2020, at which time he did not apply for renewal. SABILON currently has no legal status, protections, or pending immigration applications.

6. On July 30, 2022, Bartlett Police Department conducted a traffic stop of SABILLON for violation of TN law. During the traffic stop, Bartlett Police observed a fiream in plain view. SABILLON claimed ownership of the weapon. It was identified as a Smith & Wesson 9mm M&P handgun (serial number LDF7555) (Fig. 1).

*Fig. 1 Seized Handgun*



7. On September 14, 2022, United States Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Daniel Verhine provided a verbal nexus confirming the Smith & Wesson 9mm M&P handgun was manufactured outside Tennessee and therefore affected interstate commerce.

8. The Integrated Automated Fingerprint Identification System (IAFIS) indicated SABILLON has a criminal history under FBI number 793845FD9.

9. SABILLON is currently at-large.

## III. Conclusion

10. Based on my investigation and my review of information provided by other investigators who have participated in the investigation of Marco SABILLON Urbina, I respectfully submit that there is probable cause to issue an arrest warrant charging Marco SABILLON Urbina with a violation of Title 18 U.S.C. § 922(g)(5) and respectfully request that an arrest warrant be issued.

Respectfully Submitted,

EAMoore

Edwin A. Moore
Deportation Officer/Task Force Officer
Homeland Security Investigations

Sworn to and subscribed before me on the 15th day of September 2022.

s/ Annie T. Christoff

Honorable Annie T. Christoff
United States Magistrate Judge
Western District of Tennessee