AO 442 (Rev. 11/11) Arrest Warrant

FID 114727 47

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

RECEIVED
By W/TN USMS at 2:39 pm, Sep 15, 2022

United States of America
v.
SABILLON Urbina, Marco

Defendant

Case No. 2:22-cr-20217-SHL-tmp

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Marco SABILLON Urbina, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(5)(A) Alien in possession of firearm

ORIGINAL

Date: September 15, 2022

*Issuing officer's signature*

City and state: Memphis, Tennessee

Hon. Annie T. Christoff, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/15/22, and the person was arrested on *(date)* 9/19/22 at *(city and state)* Memphis, TN.

Date: 9/19/22

*Arresting officer's signature*

Casey Reasonover DUSM
*Printed name and title*